STIP
**ANDREW THOMAS, ESQ.**
Nevada Bar No. 0017
**THOMAS & SPRINGBERG**
844 East Sahara Avenue
Las Vegas, Nevada 89104-3017
(702) 731-9222/FAX 731-9181
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREG JOLLEY, as Special Administrator of the Estate of Deborah Rolf, Deceased,<br><br>Plaintiff;<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.  2:10-CV-00334-ECR-RJJ<br><br>ORDER GRANTING |

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Greg Jolley, as the Special Administrator of the Estate of Deborah Rolf, by and through his attorney, Andrew Thomas, Esq. of the law firm of Thomas & Springberg, and Defendant, United States Department of Health & Human Services, by and through its attorney, Roger Wenthe, Esq., Assistant United States Attorney for the District of Nevada as follows:

1. That the payment of the sum of $105.29 previously paid to Medicare on behalf of the Estate of Deborah Rolf, deceased, has been accepted by Medicare as payment in full of Medicare's subrogation reimbursement claim in regard to medical bills paid by Medicare in relation to Deborah Rolf's automobile accident of April 18, 2004.

2. That the United States Department of Health & Human Services (in relation to the Centers for Medicare and Medicaid Services and the Medicare Secondary Payer

1  Recovery Program) does not and will not make any further claim for any additional
2  reimbursement from the Estate of Deborah Rolf for conditional payments paid by
3  Medicare in relation to Deborah Rolf's automobile accident of April 18, 2004.
4     3.   This case may be dismissed, with each party to bear its own attorney fees and costs.
5     4.   No Scheduling Order has been filed, and no trial date has been set.
6  Dated this _____ day of _____, 2010.

8  THOMAS & SPRINGBERG

11  \s\ Andrew J. Thomas, Esq.
    Andrew J. Thomas, Esq.
    Nevada Bar No. 000017
12  844 East Sahara Avenue
    Las Vegas, Nevada 89104
13  Attorney for Plaintiff Greg Jolley,
    as Special Administrator of the
14  Estate of Deborah Rolf, Deceased

17  UNITED STATES ATTORNEY
    FOR THE DISTRICT OF NEVADA

20  \s\ Roger Wenthe, Esq.
    Daniel Bogden, Esq.
21  United States Attorney
    Nevada Bar No. 002137
22  Roger Wenthe, Esq.
    Nevada Bar No. 008920
23  Assistant United States Attorney
    for the District of Nevada
24  333 S. Las Vegas Boulevard, Suite 5000
    Lloyd George Federal Building
25  Las Vegas, Nevada 89101
    Attorney for Defendant
26  United States Department of
    Health and Human Services

1 **ORDER**

2     Upon the stipulation of the parties, and good cause appearing therefore,

3     IT IS HEREBY ORDERED that this case is hereby dismissed, with each party to bear its own

4 attorney fees and costs.

Dated this 3rd day of August, 2010.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE

14 Submitted by:

15 THOMAS & SPRINGBERG

18 \s\ Andrew J. Thomas, Esq.
Andrew J. Thomas, Esq.
Nevada Bar No. 000017
19 844 East Sahara Avenue
Las Vegas, Nevada 89104
20 Attorney for Plaintiff Greg Jolley,
as Special Administrator of the
21 Estate of Deborah Rolf, Deceased

Case No.    2:10-CV-00334-ECR-RJJ
Jolley vs. United States Department of Health and Human Sevices